AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| United States of America<br>v.<br><br>Lasaundra Simmons<br><br>_____<br>*Defendant* | ) <br> ) Case No. 1:23-cr-109-JL-TSM-01 <br> ) <br> ) <br> ) <br> ) |

RECEIVED DEC-7 2023 US MARSHALS SERVICE

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Lasaundra Simmons                                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Counts 1 through 10: 18 U.S.C. § 1343 - Wire Fraud

Date:   12/06/2023

*Issuing officer's signature*

Megan Cahill, Deputy Clerk
*Printed name and title*

City and state:   Concord, New Hampshire

### Return

| | |
|---|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. | |
| Date: _____ | _____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |